UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CHARLES A. SNOOKS AND
RHONDA L. SNOOKS,
        Debtors,

MICHAEL A. STEVENSON,
        Plaintiff

                                                       Civil No. 08-CV-14180-DT
                                                       Hon. John Feikens
       v.                                                  Magistrate Mona K. Majzoub

POLYAMERICA, LTD., d/b/a Global
Enterprises, Inc. and Fabribond
LLC, jointly and severally

        Defendants
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       I have before me, Magistrate Mona K. Majzoub's Report and Recommendation ("Report"). In her Report, Magistrate Majzoub recommends that I deny Polyamerica Ltd.'s Motion for mandatory Withdrawal of Reference and deny without prejudice Polyamerica Ltd.'s Motion for Withdrawal based on its right to a jury trial. Neither party has filed objections to Magistrate Majzoub's report during the time set aside for doing so. I find that Magistrate Mazjoub has throughly and correctly analyzed the issues and I agree with her recommendation. For these reasons, I ADOPT IN FULL Magistrate Majzoub's Report and DENY Polyamerica Ltd.'s Motion for mandatory Withdrawal of Reference and DENY WITHOUT PREJUDICE Polyamerica Ltd.'s Motion for Withdrawal based on its right to a jury trial. I strongly

recommend that counsel agree to have this matter presented to a jury in Chief Judge Rhodes' Court.

**IT IS SO ORDERED.**

Date:   January 29, 2009            s/ John Feikens
                                    John Feikens
                                    United States District Judge

> Proof of Service
>
> I hereby certify that the foregoing order was served on the attorneys/parties of record on January 29, 2009, by U.S. first class mail or electronic means.
>
> s/Carol Cohron
> Case Manager